IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OSCAR L. LANE                                                  PLAINTIFF

v.                      Case No. 3:16-cv-00149 KGB-PSH

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                DEFENDANT

## ORDER

The Court has reviewed a Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 11). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 3).

Accordingly, the Court affirms the Commissioner's decision and denies plaintiff Oscar Lane's request for relief (Dkt. No. 2). The action is dismissed with prejudice. The Court will enter judgment by separate Order.

It is so ordered this the 19th day of June, 2017.

                                                                   _____
                                                                   Kristine G. Baker
                                                                   United States District Judge