IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OSCAR L. LANE                                                                                       PLAINTIFF

v.                              Case No. 3:16-cv-00149 KGB-PSH

NANCY A. BERRYHILL,
**Acting Commissioner,**
**Social Security Administration**                                                      DEFENDANT

## ORDER

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

It is so adjudged this the 19th day of June, 2017.

_____
Kristine G. Baker
United States District Judge